```
                              United States Bankruptcy Court
                               Eastern District of California
In re:                                                              Case No. 11-22472-B
Harry Robert Harris                                                 Chapter 7
Carolena J. Harris
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 2                  Date Rcvd: May 16, 2011
                              Form ID: L55             Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2011.
db/jdb       +Harry Robert Harris,   Carolena J. Harris,   14091 S. Lincoln Way,   Galt, CA 95632-8303
aty          +Len ReidReynoso,   908 C St #B,   Galt, CA 95632-1764
18724105     +ABESCO,   5851 Florin-Perkins Rd,   Sacramento, CA 95828-1097
18393007      ACE Recovery Services,   P O Box 129,   Grand River OH 44045-0129
18393006      Academy Collection Services Inc,   10965 Decatur Rd,   Philadelphia PA 19154-3210
18393008      Alexandria Vaneck Co LPA,   5660 Southwyck Blvd 110,   Toledo OH 43614-1597
18393013     +Bayview Loan Serving LLC,   4425 Ponce de Leon Blvd,   Coral Gables FL 33146-1837
18393014     +Best Air Mechanical Inc,   412 E Street,   Galt CA 95632-1938
18393015     +Bishop White Marshall P S,   Attorneys at Law,   1355 Willow Way Ste 254,   Concord CA 94520-5755
18393016     +CA Waste Recovery Systems,   980 E Augusta St,   Woodbridge CA 95258-9624
18393017      Caine Weiner,   P O Box 5010,   Woodland Hills CA 91365-5010
18393018     +Cal-State Engineering,   427 Broadway,   Jackson CA 95642-2416
18393020     +Central Valley Waste Service Inc,   2625 W Grandview Rd Ste 150,   Phoenix AZ 85023-3113
18393021     +Cha-Dor Realty dba Meek s,   1414 Colusa Ave,   Yuba City CA 95993-9001
18393023     +Commerce West Ins Co,   P O Box 8006,   Pleasanton CA 94588-8606
18393024     +Concrete Inc,   P O Box 66001,   Stockton CA 95206-0901
18393025     +County of Sacramento,   Internal Services Agency,   600 Eighth St,   Sacramento CA 95814-1207
18393026      Credit Management Corp,   P O Box 1396,   Madison CT 06443-1396
18393027     +DeHaan Bach,   25 Whitney Dr Ste 106,   P O Box 929,   Milford OH 45150-0929
18393028     +Delcon Materials,   P O Box 30248,   Stockton CA 95213-0248
18705405      Delcon Materials, LLC,   Daniel A. McDaniel,   PO Box 1461,   Stockton, CA 95201-1461
18393031      EDD,   P O Box 826805 MIC 785-CS,   Sacramento CA 94205-0001
18393030     +Eason Tambornini,   1819 K Street Ste 200,   Sacramento CA 95811-4183
18393032      Encore Receivalbe Management Inc,   400 N Rogers Rd,   P O Box 3330,   Olathe KS 66063-3330
18393033      Enhanced Recovery Company LLC,   8014 Bayberry Rd,   Jacksonville FL 32256-7412
18393034     +F M Bank of Central CA,   Loan Center,   P O Box 3000,   Lodi CA 95241-1902
18393035      Faicollect Inc,   10 148th Ave N E Ste 100,   Bellevue WA 98007-4947
18393036      First American LoanStar Trustee,   P O Box 961253,   Fort Worth TX 76161-0253
18393037     +Fowler Law Group,   10635 Santa Monica Blvd Ste 305,   Los Angeles CA 90025-4885
18393038     +Gilbert Associates Inc,   2880 Gateway Oaks Dr Ste 100,   Sacramento CA 95833-4329
18393039     +Golden 1 Credit Union,   P O Box 15966,   Sacramento CA 95852-0966
18393041     +Law Offices of Corren and Corren,   El Dorado Executive Plaza,   5345 N El Dorado St Ste 7,
               Stockton CA 95207-5848
18393044     +Meek s Lumber Hardware,   Attn Customer Service,   P O Box 255749,   Sacramento CA 95865-5749
18393045     +Morton SBD Inc,   P O Box 716,   Woodbridge CA 95258-0716
18393046     +NATS,   4713 Enterprise Ave Ste 4,   Modesto CA 95356-8968
18393047     +Nomellini Grilli McDaniel PLC,   P O Box 1461 235 E Weber Ave,   Stockton CA 95201-1461
18393048     +North Bay Portables Inc,   P O Box 60,   Ukiah CA 95482-0060
18393049      Northstar Location Services LLC,   4285 Genesee Street,   Cheektowaga NY 14225-1943
18393050     +Penney Associates,   P O Box 7,   Loomis CA 95650-0007
18393053     +R M S,   4836 Brecksville Rd,   P O Box 523,   Richfield OH 44286-0523
18393054     +Soto Brothers Paving Co,   P O Box 1237,   Ceres CA 95307-1237
18393062      TRS Recovery Services Inc,   P O Box 4812,   Houston TX 77210-4812
18393056     +Terminix,   915 Piner Rd Ste E,   Santa Rosa CA 95403-1950
18393057     +The Law Offices of,   Stephen M Denning,   6073 North Fresno St Ste 101,   Fresno CA 93710-8614
18393058      The Moore Law Group,   P O Box 25145,   Santa Ana CA 92799-5145
18393059     +Transworld Systems,   2235 Mercury Way 275,   Santa Rosa CA 95407-5463
18393060     +Transworld Systems Inc,   P O Box 12103,   Trenton NJ 08650-2103
18393061     +Travelers,   770 Pennsylvania Dr,   Suite 110,   Exton PA 19341-1186
18393063     +United Collection Bureau Inc,   5620 Southwyck Blvd Ste 206,   Toledo OH 43614-1501
18393064     +United Site Services of California Inc,   3408 Hillcap Ave,   San Jose CA 95136-1306
18701977      Westland Distributing, Inc.,   Eason & Tambornini,   1819 K St #200,   Sacramento, CA 95811-4183
18393067     +Zwicker Assoc P C,   199 S Los Robles Ave Ste 410,   Pasadena CA 91101-2438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: BDMWHATLEY.COM May 17 2011 02:18:00     Douglas M. Whatley,   PO Box 538,
               Folsom, CA   95763-0538
smg           EDI: EDD.COM May 17 2011 02:18:00     Employment Development Department,
               Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM May 17 2011 02:18:00     Franchise Tax Board,   PO Box 2952,
               Sacramento, CA  95812-2952
cr            EDI: RMSC.COM May 17 2011 02:18:00     GE MONEY BANK,   c/o Recovery Management Systems Corp.,
               Attn: Ramesh Singh,   25 SE 2nd Ave #1120,   Miami, FL  33131-1605
18393009      EDI: AMEREXPR.COM May 17 2011 02:18:00     American Express,   Customer Service,   P O Box 981535,
               El Paso TX 79998-1535
18393011      EDI: BANKAMER.COM May 17 2011 02:18:00     Bank of America,   P O Box 15026,
               Wilmington DE 19850-5026
18393012     +EDI: BANKAMER2.COM May 17 2011 02:18:00     Bank of America,   P O Box 15184,
               Wilmington DE 19850-5184
18435865     +E-mail/Text: dawnworthen@cal-waste.com May 17 2011 02:24:38
               California Waste Recovery Systems, LLC,   PO Box 670,   Woodbridge CA 95258-0670
18393019      EDI: CAPITALONE.COM May 17 2011 02:18:00     Capital One,   P O Box 30285,
               Salt Lake City UT 84130-0285
```

```
District/off: 0972-2           User: admin              Page 2 of 2              Date Rcvd: May 16, 2011
                               Form ID: L55             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18393022       EDI: CHASE.COM May 17 2011 02:18:00      Chase,    P O Box 15298,    Wilmington DE 19850-5298
18731352      +EDI: CHASE.COM May 17 2011 02:18:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington DE 19850-5145
18393029       EDI: DISCOVER.COM May 17 2011 02:18:00      Discover Card,    P O Box 30943,
               Salt Lake City UT 84130
18676513      +EDI: DISCOVER.COM May 17 2011 02:18:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany OH 43054-3025
18393040      +EDI: CHASE.COM May 17 2011 02:18:00      JPMorgan Chase Legal Dept,    300 S Grand Ave 4th Floor,
               Los Angeles CA 90071-3109
18393043       E-mail/Text: camanagement@mandtbank.com May 17 2011 02:21:37      M T Bank,    P O Box 1288,
               Buffalo NY 14240-1288
18393051       EDI: PRA.COM May 17 2011 02:18:00      Portfolio Recovery Assoc LLC,    P O Box 12914,
               Norfolk VA 23541
18393052       E-mail/Text: bankruptcy@proconsrv.com May 17 2011 02:24:31      Pro Consulting Services Inc,
               Collections Division,    P O Box 66768,    Houston TX 77266-6768
18393055       EDI: CALTAX.COM May 17 2011 02:18:00      State of California,    Franchise Tax Board,
               P O Box 942857,    Sacramento CA 94257-0511
18393065      +EDI: WFFC.COM May 17 2011 02:18:00      Wells Fargo,    P O Box 10335,    Des Moines IA 50306-0335
18393066      +EDI: WFFC.COM May 17 2011 02:18:00      Wells Fargo Business Direct,    P O Box 348750,
               Sacramento CA 95834-8750
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18393010     ##+AT T,    P O Box 78230,    San Francisco CA 94107-8230
18393042     ##+Law Offices of Mallison Martinez,    1042 Brown Ave,    Lafayette CA 94549-3902
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2011**                          **Signature:**   *Joseph Speetjens*



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/16/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## DISCHARGE OF DEBTOR

Case Number:　11-22472 - B - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Harry Robert Harris
xxx-xx-3025

14091 S. Lincoln Way
Galt, CA 95632

Carolena J. Harris
xxx-xx-7220

14091 S. Lincoln Way
Galt, CA 95632

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Pacific Planned Communities
Quality Communities Inc

Carolena Josephine Harris
Carol Harris

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
5/16/11

For the Court,
Wayne Blackwelder , Clerk

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**